# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD SHAFFER, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:22-cv-00550-JRS-MJD |
| v. ) ) | |
| K-MAC ENTERPRISES, INC., and DOES 1 TO 25, ) ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear his or its own costs and attorneys' fees.

SO ORDERED.

Date: 2/7/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.

54368204.v1-OGLETREE